AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

ALEC J. MEGIBOW, M.D., as assignee of
Jennie Rosario, a/k/a Jenny Rosario,
08 CV 519 NDNY, plaintiff

v.

Fred Hagen, Chief Benefits Officer,
1199SEIU BENEFIT & PENSION FUNDS,
as duly authorized designee of the
Board of Trustees of the 1199SEIU
Benefit Fund for Health and Human
Service Employees,
                defendant.

**APPEARANCE**

Case Number: **09cv6993(AKH)(RLE)**

NY COUNTY CLERK INDEX NO.
106627/09

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

**PLAINTIFF**

I certify that I am admitted to practice in this court.

**ADMITTED 1/16/73**

AUGUST 10, 2009
Date

Signature

ANTHONY M. BENTLEY     AB-1853
Print Name             Bar Number

116 WEST 72ND STREET
Address

NEW YORK     NY     10023
City      State      Zip Code

212 459-4067     212 459-4067
Phone Number      Fax Number

eMAIL: ambentley@nyc.rr.com