# EXHIBIT C

## Suzanne Metzger

| | |
|---|---|
| **From:** | anthony bentley [ambentley@nyc.rr.com] |
| **Sent:** | Wednesday, May 13, 2009 12:21 PM |
| **To:** | Suzanne Metzger |
| **Cc:** | ambentley@americanjudgesassociation.us |
| **Subject:** | Re: Rosario v. 1199 |

A notice of appearance.

Hi back at you.


On May 13, 2009, at 10:12 AM, Suzanne Metzger wrote:

> Hi Mr. Bentley:
> I received a summons today but no complaint. What is it you are looking for?
>
> ---
>
> **From:** anthony bentley [mailto:ambentley@nyc.rr.com]
> **Sent:** Thursday, April 30, 2009 2:23 AM
> **To:** Suzanne Metzger
> **Cc:** anthony bentley
> **Subject:** Rosario v. 1199
>
> Dear Ms. Metzger:
>
> I write further to my email of
> 4/22/09 below copied:
>
>
> Before printing this email, think about the environmental impact. Think Green. Act Green.
>
>
> Health care information is personal and sensitive information. If such information is being emailed to you, it is after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Re-disclosure without additional patient consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law. If you have received this message in error, please notify us immediately and destroy the related message

8/17/2009

## Suzanne Metzger

**From:** anthony bentley [ambentley@nyc.rr.com]
**Sent:** Wednesday, May 13, 2009 12:31 PM
**To:** Suzanne Metzger
**Cc:** ambentley@americanjudgesassociation.us
**Subject:** Re: Rosario v. 1199

In view of past courtesies between us,
I should like to refer you to CPLR Rule 305(b)
and would suggest that you respond as you may
deem best advised.

Bentley


On May 13, 2009, at 12:21 PM, Suzanne Metzger wrote:

> Is there a complaint?
>
> ---
>
> **From:** anthony bentley [mailto:ambentley@nyc.rr.com]
> **Sent:** Wednesday, May 13, 2009 12:21 PM
> **To:** Suzanne Metzger
> **Cc:** ambentley@americanjudgesassociation.us
> **Subject:** Re: Rosario v. 1199
>
> A notice of appearance.
>
> Hi back at you.
>
>
> On May 13, 2009, at 10:12 AM, Suzanne Metzger wrote:
>
>> Hi Mr. Bentley:
>> I received a summons today but no complaint. What is it you are looking for?
>>
>> ---
>>
>> **From:** anthony bentley [mailto:ambentley@nyc.rr.com]
>> **Sent:** Thursday, April 30, 2009 2:23 AM
>> **To:** Suzanne Metzger
>> **Cc:** anthony bentley
>> **Subject:** Rosario v. 1199
>>
>> Dear Ms. Metzger:
>>
>> I write further to my email of
>> 4/22/09 below copied:
>>
>>
>> Before printing this email, think about the environmental impact. Think Green.

8/17/2009

## Suzanne Metzger

**From:** Suzanne Metzger
**Sent:** Wednesday, May 13, 2009 12:52 PM
**To:** 'anthony bentley'
**Subject:** RE: Rosario v. 1199

I am very sorry to hear that. Good luck to you. I will also be out next week. In the interim, apart from the suit, if Ms. Rosario is having trouble getting claims paid, you can send those claims to my attention, or, if Ms. Rosario is not comfortable with that, she can send them to the attention of June Blain, Director of Member Programs, 330 W 42nd St, 12th flr, NY, NY 10036. Otherwise, I will see you in a month or so.

---

**From:** anthony bentley [mailto:ambentley@nyc.rr.com]
**Sent:** Wednesday, May 13, 2009 12:36 PM
**To:** Suzanne Metzger
**Cc:** ambentley@americanjudgesassociation.us
**Subject:** Re: Rosario v. 1199

You are welcome.

Kindly be advised that I am currently undergoing certain procedures incident to ▓▓▓▓▓▓ and expect to be out of touch for approximately the next 2-3 weeks.

Bentley


On May 13, 2009, at 12:32 PM, Suzanne Metzger wrote:

> OK, I will look into it. Thank you.
>
> ---
>
> **From:** anthony bentley [mailto:ambentley@nyc.rr.com]
> **Sent:** Wednesday, May 13, 2009 12:31 PM
> **To:** Suzanne Metzger
> **Cc:** ambentley@americanjudgesassociation.us
> **Subject:** Re: Rosario v. 1199
>
> In view of past courtesies between us,
> I should like to refer you to CPLR Rule 305(b)
> and would suggest that you respond as you may
> deem best advised.
>
> Bentley
>
>
> On May 13, 2009, at 12:21 PM, Suzanne Metzger wrote:
>
>> Is there a complaint?

8/19/2009