UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ALEC J. MEGIBOW, M.D., as assignee of
Jennie Rosario, a/k/a Jenny Rosario,
08 CV 519 NDNY,                                     No. 09 CIV 6993 (AKH)(RLE)

                 Plaintiff(s),           ECF case

         -against-                              **NOTICE OF MOTION**

FRED HAGEN, Chief Benefits Officer,
1199SEIU BENEFIT & PENSION FUNDS,
as duly authorized designee of the
BOARD OF TRUSTEES OF THE 1199SEIU       Removed from Supreme Court
BENEFIT FUND FOR HEALTH AND             of the State of New York,
HUMAN SERVICE EMPLOYEES,                New York County,
                                        Index No. 106627/09

                 Defendant(s).
------------------------------------------------------------------------X

      PLEASE TAKE NOTICE, that upon the annexed Memorandum of Law dated September 8, 2009, the undersigned, counsel for Defendant 1199SEIU National Benefit Fund for Health & Human Service Employees ("Fund") (misnamed "Fred Hagen, Chief Benefits Officer, 1199SEIU Benefit & Pension Funds, as duly authorized designee of the Board of Trustees of the 1199SEIU Benefit Fund for Health & Human Service Employees"), shall move before this Court on October 5, 2009 for an order pursuant to Rule 12(b)(1), (6) or 12 (c) of the Federal Rules of Civil Procedure dismissing this action against Defendants, or, in the alternative, a judgment in favor of the Defendants or remanding the claim to the Fund's Plan Administrator for review. The oral argument before this Court, if any, shall be held on a date and at a time to be designated by the Court.

Dated:      New York, New York
              September 8, 2009

                                                                Respectfully Submitted,

                                                                1199SEIU National Benefit Fund

                                                                 By: _____
                                                                 Suzanne A. Metzger (SM7894)
                                                                 Assistant General Counsel
                                                                Legal Department
                                                                330 West 42nd Street, 31st Floor
                                                                New York, NY  10036
                                                                (646) 473-6041 (phone)
                                                                (646) 473-6049 (facsimile)
                                                                Attorneys for Defendants

13182-1

To:
Anthony M. Bentley (AB1853)
A. M. Bentley, PC
116 West 72nd Street
New York, NY 10023
(212) 459 4067 (phone)
(212) 877 2868 (facsimile)

Attorneys for Plaintiff